UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **KATHERYN H THERIOT** | **CASE NO. 6:17-CV-01688** |
| **VERSUS** | **UNASSIGNED DISTRICT JUDGE** |
| **STATE FARM MUTUAL AUTOMOBILE INSURANCE CO ET AL** | **MAG. JUDGE WHITEHURST** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the recommendations are correct under the applicable law;

IT IS ORDERED that the Motion for Leave [Doc. No. 27] filed by State Farm Mutual Automobile Insurance Company, State Farm Life Insurance Company, State Farm Fire and Casualty Company and State Farm General Insurance Company ("State Farm") is DENIED.

IT IS FURTHER ORDERED that the Rule 12(b)(6) Motion to Dismiss filed by State Farm [Doc. No. 8] is DENIED.

MONROE, LOUISIANA, this 5th day of July, 2018.

_____
**ROBERT G. JAMES**
**UNITED STATES DISTRICT JUDGE**